UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COASTAL BREWING COMPANY, LLC,

    Plaintiff,                                 CASE NO.: 9:21-CV-81028-RKA

v.

DUE SOUTH BREWING CO. INC.,

    Defendant
_____/

## DUE SOUTH'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, DUE SOUTH BREWING CO. INC. ("Due South"), by and through undersigned counsel, hereby, moves to extend the time in which to file its response to Plaintiff's COASTAL BREWING COMPANY, LLC ("Coastal") Complaint [D.E. 1] and state as follows:

1. On June 9, 2021, Coastal filed its Complaint against Due South.

2. On June 10, 2021, Due South was served with the Complaint.

3. Therefore, Due South's response to the Complaint is due on or before July 1, 2021.

4. The undersigned has been retained to represent Due South in this matter.

5. The parties have begun meaningful discussions towards the resolution of the claims asserted as well as potential counterclaims.

6. Accordingly, in order to facilitate these discussions towards resolution, Due South requests an extension of time for 21 days, through July 22, 2021, to respond to Coastal's Complaint.

7. Federal Rule of Civil Procedure 6(b) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . .with or without motion

or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." FED. R. CIV. P. 6(b)(1)(A) (2015); *see also*, *Boraks v. Daniels*, 10-23095-CIV, 2011 WL 4566218, at *1 (S.D. Fla. 2011).

8. This is Due South's first request for an extension of time to respond to the Complaint, and it is made in good faith and not for the purposes of delay.

9. Coastal will not be prejudiced by the extension requested in this Motion.

10. The Parties have conferred, and Coastal does not oppose the relief sought herein.

11. A proposed Agreed Order has been attached hereto as **Exhibit A**.

**WHEREFORE**, Defendant DUE SOUTH BREWING CO. INC. requests that the Court extend the time for Defendant to respond to the Complaint, up to and including Friday, July 30, 2021, and any other relief this Court deems proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that counsel for Due South conferred via telephone with counsel for Plaintiff Costal Brewing Co. on June 29, 2021 and Counsel for the Plaintiff Coastal Brewing Co. informed they do not oppose the relief requested herein.

Dated: June 29, 2021            Respectfully submitted,

By:   */s/ Justin Levine*
      JUSTIN LEVINE
      Florida Bar No.: 106463
      LIZZA CONSTANTINE
      Florida Bar No.: 1002945
      KATHERINE E. HERALD
      Florida Bar No.: 1022362

      COLE, SCOTT & KISSANE, P.A.

CASE NO.: 9:20-CV-81028

*Counsel for Due South Brewing Co. Inc.*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com
E-mail: katherine.herald@csklegal.com

CASE NO.: 9:20-CV-81028

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on June __, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.