**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 9:21-cv-81028

COASTAL BREWING COMPANY LLC,

    Plaintiff,
v.

DUE SOUTH BREWING CO. INC.,

    Defendant.
_____/

**JOINT SCHEDULING REPORT**

Pursuant to Fed.R.Civ.P. 26(f), S.D. Fla. L. R. Rule 16.1(b), and the Court's Order (ECF No. 6), Coastal Brewing Company LLC and Due South Brewing Co. Inc. (collectively, the "Parties"), having met as required by the aforementioned rules, hereby file this Joint Scheduling Report.

**CONFERENCE REPORT**

*(Local Rules 16.1(b)(2)(A)-(L) Required Sections)*

**A.   Likelihood of Settlement**

Counsel for the Parties are discussing settlement in good faith, and will continue to do so. Nevertheless, at this time, the Parties cannot reasonably estimate the likelihood of settlement.

**B.   Likelihood of Appearance in the Action of Additional Defendants**

It is not yet known whether other parties will appear in this action.

**C.   Proposed Limits on the Time**

A complete list of proposed deadlines is attached hereto as Attachment A, and made part of the Proposed Scheduling Order that is filed concurrently with this Joint Scheduling Report, which includes the following deadlines proposed by the Parties:

| Agreed Date | Event |
|---|---|
| September 17, 2021 | Joinder of parties and amendment of pleadings |
| March 21, 2022 | Close of discovery |

| | |
|---|---|
| June 6, 2022 | All dispositive motions must be filed |
| June 27, 2022 | All pretrial motions must be filed |
| July 15, 2022 | Joint pretrial stipulation must be filed |

**D.      Proposal for the Formulation and Simplification of Issues**

The Parties agree to work diligently to streamline this case and eliminate any unnecessary issues. The Parties agree that each side may file one motion for summary judgment in the timeframe noted herein or set by the Court.

**E.      Necessity or Desirability of Amendments to the Pleadings**

At this time, the Parties are not aware of any necessary amendments to the pleadings. If amendments to the pleadings are required, the Parties will do so by the deadline adopted by the Court. Defendant intends to file a counterclaim.

**F.      Possibility of Obtaining Admissions of Facts and Documents**

The Parties have formulated a discovery plan with the goal of minimizing the need for Court involvement. The Parties anticipate a stipulation on admission of certain facts and authenticity of certain documents, but at this time have not identified any existing need for advance rulings on the admissibility of evidence. However, the Parties will raise any such issues prior to, or at, the pretrial conference.

**G.      Suggestions for the Avoidance of Unnecessary Proof/Cumulative Evidence**

The Parties agree to work together to obtain admissions and stipulations that will streamline the relevant issues in dispute prior to trial.

**H.      Suggestions on the Advisability of Referring Matters to a Magistrate Judge**

The Parties agree to have the Magistrate Judge rule on all discovery disputes, motions for attorney's fees and motions for costs for discovery purposes.

**I.      Preliminary Estimate of the Time Required for Trial**

The Parties estimate the trial in this matter will take approximately 5 days.

**J.      Requested Date for Conferences Before Trial, Final Pretrial Conference, Trial**

A complete list of proposed deadlines is attached hereto as Attachment A, and made part of the Proposed Scheduling Order that is filed concurrently with this Joint Scheduling Report, which includes the following deadlines proposed by the Parties:

| Agreed Date | Event |
| --- | --- |
| August 2, 2022 | Calendar Call |
| August 9, 2022 | Final Pretrial Conference |
| August 15-19, 2022 | Trial |

**K.      Any issues about:**

**i.  Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced**

The Parties will confer regarding the disclosure or production of electronically stored information (ESI) on a case-by-case basis. The Parties agree to discuss these matters in good faith.

**ii. Claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502**

The Parties intend to submit a proposed protective order that incorporates protections afforded by Fed. R. Evid. 502.

The Parties stipulate pursuant to Fed.R.Civ.P. 29, or as otherwise authorized, as follows: (1) it shall be presumed that discovery requests in the case seek non-privileged matter within the scope set forth in Fed.R.Civ.P. 26(b)(1), unless a Party expressly makes a request for privileged matter in a particular request; and (2) the procedures and timing/deadlines set forth in S.D. Fla. L.R. 26.1.e.2.B(ii), C, and D and their subparts will not apply, and instead a privilege log or other information called for in those particular rules will not be required for all discovery requests, but

rather will be made on a request-by-request basis, and furnished after the Parties (or as applicable, non-parties) have conferred and resolved issues or objections pertaining to relevance, scope, or burden, as applicable.

> iii. **When the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**

The Parties have reviewed the Court's ESI Checklist and are generally amenable to using it as a guide. The Parties agree to discuss these matters in good faith.

> L. **Any other information that might by helpful to the Court in setting the case for status of pretrial conference.**

The Parties have no such information at this time.

Per the CM/ECF guidelines, counsel for Defendant has given counsel for Plaintiff permission to electronically sign this document on his behalf.

Dated: July 1, 2021                                         Respectfully submitted,

| | |
|---|---|
| Oliver Alan Ruiz | Justin Levine |
| John Cyril Malloy, III | Justin Levine |
| Florida Bar No. 964,220 | Florida Bar No. 106,463 |
| jcmalloy@malloylaw.com | justin.levine@csklegal.com |
| Oliver Alan Ruiz | Lizza Constantine |
| Florida Bar No. 524,786 | Florida Bar No. 1,002,945 |
| oruiz@malloylaw.com | lizza.constantine@csklegal.com |
| H. Jared Doster | Katherine E. Herald |
| Florida Bar No. 1,024,069 | Florida Bar No. 1,022,362 |
| jdoster@malloylaw.com | katherine.herald@csklegal.com |
| MALLOY & MALLOY P.L. | COLE, SCOTT, & KISSANE, P.A. |
| 2800 S.W. Third Avenue | Esperante Building |
| Miami, Florida 33129 | 222 Lakeview Avenue, Suite 120 |
| | West Palm Beach, Florida 33401 |
| *Attorneys for Coastal Brewing Company* | *Attorneys for Due South Brewing Co.* |

## ATTACHMENT A

Pretrial Deadlines and Trial Date

| Date | Action |
| --- | --- |
| July 15, 2021 | Furnish Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1)(A)) |
| September 17, 2021 | Join Additional Parties or Amend Pleadings |
| October 15, 2021 | Disclose Experts and Exchange Expert Witness Summaries and Reports (pursuant to Fed.R.Civ.P. 26(a)(2)) |
| October 22, 2021 | Exchange Witness Lists |
| November 12, 2021 | Exchange Rebuttal Expert Witness Summaries and Reports (pursuant to Fed.R.Civ.P. 26(a)(2)) |
| March 21, 2022 | Last Day of All Discovery (both fact and expert) |
| April 14, 2022 | Last Day to Select a Mediator |
| May 4, 2022 | Last Day to Complete Mediation and File a Mediation Report |
| June 6, 2022 | File Motions for Summary Judgment and Other Dispositive Motions |
| TBD [June 27, 2022] | File Motions in Limine and Other Pre-Trial Motions |
| TBD [July 8, 2022] | Resolution of All Dispositive and Pre-Trial Motions |
| July 15, 2022 | File Joint Pretrial Stipulation |
| July 22, 2022 | File Proposed Jury Instructions, Proposed Findings of Fact, and Proposed Conclusions of Law |
| July 29, 2022 | Submit Deposition Designations |
| August 2, 2022 | Calendar Call |
| TBD [August 9, 2022] | Final Pretrial Conference |
| TBD [August 15-19, 2022] | Trial |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 9:21-cv-81028**

COASTAL BREWING COMPANY LLC,

    Plaintiff,
v.

DUE SOUTH BREWING CO. INC.,

    Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES**
**MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

    In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs              Yes __  No X
2. Motions for Attorney's Fees    Yes __  No X
3. Motions for Sanctions          Yes __  No X
4. Motions to Dismiss             Yes __  No X
5. Motions for Summary Judgment   Yes __  No X
6. Discovery                      Yes X   No __
7. Other (specify) N/A


July 1, 2021         Oliver Alan Ruiz
(Date)               (Signature--Plaintiff's Counsel)


July 1, 2021         Justin Levine
(Date)               (Signature--Defendant's Counsel)